***E-Filed: May 20, 2014***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIEN QUY PHAN,<br><br>    Plaintiff,<br>    v.<br><br>USCIS FIELD OFFICE DIRECTOR,<br><br>    Defendant.<br>_____/ | No. C14-00221 HRL<br><br>**ORDER TO SHOW CAUSE RE:<br>FAILURE TO PROSECUTE** |

Plaintiff Lien Quy Phan filed a complaint on January 14, 2014 seeking judicial review of the denial of his naturalization application by the United States Citizenship and Immigration Service (USCIS). *See* Dkt. No. 1. The initial case management conference was set for May 20, 2014. *See* Dkt. No. 3. A clerk's notice was issued reminding Phan to file a consent or declination to proceed before a magistrate judge. *See* Dkt. No. 4. Phan has yet to file a consent or declination to proceed before a magistrate judge, and he did not submit a case management statement or appear at the case management conference. Additionally, it does not appear that Phan has properly served the defendant as a summons has not been issued, and the 120-day period for doing so has already run. Accordingly, Phan is now **ORDERED to appear on June 3, 2014, at 10:00 a.m.** in Courtroom 2, Fifth Floor, United States District Court, 280 S. First Street, San Jose, CA 95113, to show cause, if any, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C14-00221 HRL Notice will be mailed to:**

Teresa Thu Huong Nguyen-Hung    lsthuhuong@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**